# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00178-CV

## In re Jennifer Jo Bird

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a). We also lift the stay of the trial court's discovery order.

Thomas J. Baker, Justice

Before Chief Justice Byrne, Justices Baker and Smith

Filed: September 10, 2021